UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-cv-21232-JAL

ALEXANDER JOHNSON,

    Plaintiff,

vs.

PUBLIX SUPER MARKETS, INC., a Florida
corporation d/b/a PUBLIX,

    Defendant.

_____

## DEFENDANT PUBLIX SUPER MARKETS, INC.'S STATUS REPORT

Defendant Publix Super Markets, Inc. ("Publix"), through undersigned counsel, respectfully submits this Status Report in in an effort to provide the Court with an overview of this matter:

1. On April 7, 2014, Plaintiff filed his ADA[1] Complaint against Publix. (Dkt. No. 1).

2. On May 23, 2014, Publix moved to dismiss the Complaint with prejudice because the allegations are covered by a Court-approved ADA class action Consent Decree which is in effect until 2018. (Dkt. No. 13). The motion to dismiss has been fully briefed by the parties and is pending before the Court. (Dkt. No. 13, 18 & 21).

3. On August 20, 2014, the Court entered in an Order requiring the parties to participate in mediation by October 20, 2014 (Dkt. No. 24).

4. The parties in compliance with the Court's order, participated in mediation before Mr. McKenna on October 6, 2014, at the Miami office of K&L Gates. The parties worked

---

[1] The term "ADA" refers to the Americans with Disabilities Act, 42 U.S.C. §§ 12181 et. seq.

MI-470957 v1

diligently with the aim of reaching an amicable resolution, but despite their good faith efforts, the mediation resulted in an impasse.

5. On October 13, 2014, Mr. McKenna submitted a final mediation report to the Court advising that the parties were at an impasse. (Dkt. No. 44).

6. On October 21, 2014, the Court entered in an order requiring the parties to participate in a second mediation by November 4, 2015 and to schedule the medation by November 4, 2014.

7. In complice with the Courth's Order, the parties have scheduled mediation before Karen Evans on June 10, 2015. (Dkt. No. 49).

8. The parties are continuing to pursue discovery in an effort to narrow the issues in this matter.

Dated: November 10, 2014

Respectfully submitted,

K&L GATES LLP
*Attorneys for Defendant Publix Super Markets, Inc.*
Southeast Financial Center – Suite 3900
200 S. Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 539-3300
Fax: (305) 358-7095

By: *Robert Shawn Hogue*
    CAROL C. LUMPKIN
    Florida Bar No. 797448
    carol.lumpkin@klgates.com
    Robert Shawn Hogue
    Florida Bar No. 0091155
    shawn.hogue@klgates.com

MI-470957 v1

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

*Robert Shawn Hogue*
Robert Shawn Hogue

## SERVICE LIST
## CASE NO. 1:14-cv-21232-JAL

Scott R. Dinin, Esq.
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (768) 431-1333
inbox@dininlaw.com
*Attorney for Plaintiff*